UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B.S. PENSION FUND TRUSTEE LIMITED, et al., | Civil No. 1:06-CV-00238 |
| Plaintiffs, | Judge: Henry H. Kennedy |
| vs. | |
| AOL TIME WARNER INC., et al., | |
| Defendants. | |

DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
PURSUANT TO LCvR 7.1

I, the undersigned, counsel of record for plaintiffs listed on Attachment to Disclosure Statement, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of plaintiffs listed on Attachment to Disclosure Statement which have any outstanding securities in the hands of the public:

  Standard Life Investments Ltd. Global Selector Fund
  Standard Life Investments Ltd. North American Trust
  Standard Life Investments Ltd. S&P 500
  Standard Life Investments Ltd. Legend 7 Equity Pool
  Standard Life Investments Ltd. American Equity Growth Fund
  Standard Life Investments Ltd. Global Advantage Fund
  Standard Life Investments Ltd. Managed Fund
  Standard Life Investments Ltd. US Equities Fund

  Baillie Gifford & Co. Managed Pension Fund
  Baillie Gifford & Co. International Fund
  Baillie Gifford & Co. American Fund
  Baillie Gifford & Co. Managed Fund

  Scottish Widows Plc, Lloyds TSB
  Scottish Widows Unit Trust Managers Ltd.
  Scottish Widows Unit Funds Ltd.

    These representations are made in order that judges of this court may determine the need for recusal.

DATED: February 14, 2006

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (Bar # 56358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JOHN J. STOIA, JR.
MICHAEL J. DOWD
THEODORE J. PINTAR
DAVID C. WALTON
PATRICK W. DANIELS
ANDREW J. BROWN
THOMAS E. EGLER (DC Federal Bar #PA0014)

      /s/ Thomas E. Egler
      THOMAS E. EGLER

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
RANDI D. BANDMAN
MICHAEL F. GHOZLAND
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Attorneys for Plaintiffs

S:\CasesSD\AOL TW DC BS Pension\NOT00028095.doc