ATTACHMENT TO DISCLOSURE STATEMENT

B.S. PENSION FUND TRUSTEE LIMITED, THE LONDON PENSIONS FUND AUTHORITY, UNIVERSITIES SUPERANNUATION SCHEME (USS) LTD, USS – BAILLIE GIFFORD, USS – CAPITAL INTERNATIONAL, USS – SCHRODER INVESTMENT MANAGEMENT, WOLVERHAMPTON CITY COUNCIL, as Administrating Authority for the WEST MIDLANDS METROPOLITAN AUTHORITIES PENSION FUND, ESSEX COUNTY COUNCIL, as Administrating Authority for the ESSEX COUNTY COUNCIL PENSION FUND, THE DAIMLER-CHRYSLER (U.K.) LTD PENSION, DUNDEE CITY COUNCIL, as Administrating Authority for TAYSIDE PUBLIC TRANSPORT CO. and TAYSIDE SUPERANNUATION, HERTFORDSHIRE COUNTY COUNCIL, as Administrating Authority for the HERTFORDSHIRE COUNTY COUNCIL LOCAL GOVERNMENT PENSION FUND, HARTWELLS PENSION PLAN, WILTSHIRE COUNTY COUNCIL, as Administrating Authority for the WILTSHIRE PENSION FUND, CHESHIRE COUNTY COUNCIL, as Administrating Authority for the CHESHIRE COUNTY COUNCIL SUPERANNUATION AND PENSION FUNDS, NORTH YORKSHIRE COUNTY COUNCIL, as Administrating Authority for the NORTH YORKSHIRE PENSION FUND, MERCEDES-BENZ (U.K.) PENSION FUND, BAILLIE GIFFORD & CO. – WS DEPENDANTS ANNUITY FUND, BAILLIE GIFFORD & CO. – UNIVERSITY OF LEEDS ENDOWMENT INVESTMENTS, BAILLIE GIFFORD & CO. – THESIS LION GROWTH FUND, BAILLIE GIFFORD & CO. – THE MONKS INVESTMENT TRUST PLC, BAILLIE GIFFORD & CO. – THESIS HEADWAY FUND, BAILLIE GIFFORD & CO. – THE MIDCOUNTIES CO-OPERATIVE SOCIETY, BAILLIE GIFFORD & CO. – SCOTTISH MORTGAGE INVESTMENT TRUST PLC, BAILLIE GIFFORD & CO. – SCOTTISH HYDRO ELECTRIC PENSION SCHEME, BAILLIE GIFFORD & CO. – SCOTTISH EPISCOPAL CHURCH PENSION FUND, BAILLIE GIFFORD & CO. – UNIVERSITY OF BIRMINGHAM GENERAL POOL, BAILLIE GIFFORD & CO. – WEST MIDLANDS PASSENGER TRANSPORT AUTHORITY PENSION FUND, BAILLIE GIFFORD & CO. – SCOTTISH ENTERPRISE PENSION & LIFE ASSURANCE SCHEME, BAILLIE GIFFORD & CO. – SCOTTISH BORDERS COUNCIL SUPERANNUATION FUND, BAILLIE GIFFORD & CO. – SAINT-GOBAIN ABRASIVES PENSION PLAN, BAILLIE GIFFORD & CO. – ROYAL BOROUGH OF KENSINGTON AND CHELSEA PENSION FUND, BAILLIE GIFFORD & CO. – READER'S DIGEST PENSION SCHEME, BAILLIE GIFFORD & CO. – PHOENIX GLOBAL GROWTH FUND, BAILLIE GIFFORD & CO. – PETROCHEM CARLESS FINAL SALARY PENSION SCHEME, BAILLIE GIFFORD & CO. – OWEN OWEN PENSION FUND, BAILLIE GIFFORD & CO. – MT GROWTH FUND – BAILLIE GIFFORD, BAILLIE GIFFORD & CO. – MIRROR GROUP PENSION SCHEME, BAILLIE GIFFORD & CO. – MID WYND INTERNATIONAL INVESTMENT TRUST PLC, BAILLIE GIFFORD & CO. – MGN PENSION SCHEME, BAILLIE GIFFORD & CO. – MEYER INTERNATIONAL GROUP PENSION SCHEME, BAILLIE GIFFORD & CO. – LONDON BOROUGH OF CAMDEN SUPERANNUATION FUND, BAILLIE GIFFORD & CO. – LONDON BOROUGH OF BROMLEY SUPERANNUATION FUND, BAILLIE GIFFORD & CO. – LINTON PARK GROUP PENSION SCHEME, BAILLIE GIFFORD & CO. – LAMBERT FENCHURCH STAFF PENSION SCHEME, BAILLIE GIFFORD & CO. – KAPPA CORRUGATED UK LTD PENSION SCHEME, BAILLIE GIFFORD & CO. – HISCOX INTERNATIONAL GROWTH

FUND, BAILLIE GIFFORD & CO. – HIGHLAND COUNCIL PENSION FUND, BAILLIE GIFFORD & CO. – FUJITSU TELECOMMUNICATIONS PENSION PLAN, BAILLIE GIFFORD & CO. – DON & LOW PENSION FUND, BAILLIE GIFFORD & CO. – DARWIN TRUST OF EDINBURGH, BAILLIE GIFFORD & CO. – CHURCH OF SCOTLAND PENSION INVESTMENT FUND, BAILLIE GIFFORD & CO. – BMB GROUP PENSION SCHEME, BAILLIE GIFFORD & CO. – BELRON UK PENSION FUND, BAILLIE GIFFORD & CO. – BAILLIE GIFFORD OVERSEAS EQUITY PENSION FUND, BAILLIE GIFFORD & CO. – BAILLIE GIFFORD MANAGED PENSION FUND, BAILLIE GIFFORD & CO. – BAILLIE GIFFORD MANAGED FUND, BAILLIE GIFFORD & CO. – BAILLIE GIFFORD INTERNATIONAL FUND, BAILLIE GIFFORD & CO. – BAILLIE GIFFORD AMERICAN FUND, BAILLIE GIFFORD & CO. – AVIS UK PENSION PLAN, BAILLIE GIFFORD & CO. – ARTHRITIS RESEARCH CAMPAIGN, BAILLIE GIFFORD & CO. – ABM AMRO UK PENSION SCHEME, BAILLIE GIFFORD & CO. – A & OT INVESTMENTS LIMITED, LOTHIAN PENSION FUND, FALKIRK COUNCIL, in its Capacity as the Administering Authority of FALKIRK COUNCIL PENSION FUND, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – TSB-G, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – LB-PENS, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – FUS, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – TSB-OEQ, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – W01, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – TSB-ISL, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – N01, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – IVP, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – DKAHR, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – CAJA4, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – LBOW-PEN, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – BH-MPEN, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – AIN, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – PIN, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – GLOEE, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – H-CAPITL, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – SWOAG, SCOTTISH WIDOWS INVESTMENT PARTNERSHIP – SWOGG, STANDARD LIFE INVESTMENTS LIMITED – STANDARD LIFE ASSURANCE COMPANY INTERNATIONAL GOVERNMENT BOND FUNDS, STANDARD LIFE INVESTMENTS LIMITED –  UK CORPORATE BOND FUNDS, STANDARD LIFE INVESTMENTS LIMITED – PHILIPS ELECTRONICS FUNDS, STANDARD LIFE INVESTMENTS LIMITED – JACOBS ENGINEERING FUNDS, STANDARD LIFE INVESTMENTS LIMITED – STANDARD LIFE ASSURANCE COMPANY WITH PROFIT FUNDS, STANDARD LIFE INVESTMENTS LIMITED – IRELAND NET NORTH AMERICAN FUNDS, STANDARD LIFE INVESTMENTS LIMITED – IRELAND PENSION NORTH AMERICAN FUNDS, STANDARD LIFE INVESTMENTS LIMITED – STANDARD LIFE ASSURANCE COMPANY GLOBAL SELECTOR FUNDS, STANDARD LIFE INVESTMENTS LIMITED – DC PENSION STOCK EXCHANGE ASSETS FUNDS, STANDARD LIFE INVESTMENTS LIMITED – DC PENSION INTERNATIONAL ASSET FUNDS, STANDARD LIFE INVESTMENTS LIMITED – STANDARD LIFE IRELAND NET MANAGED ASSET FUNDS, STANDARD LIFE INVESTMENTS LIMITED – STANDARD LIFE IRISH PENSION MANAGED ASSET FUNDS, STANDARD LIFE INVESTMENTS LIMITED – CORPORATE NORTH AMERICAN TRUST FUNDS, STANDARD LIFE INVESTMENTS LIMITED – DC PENSION MANAGED ASSET FUNDS, STANDARD LIFE INVESTMENTS LIMITED – AMERICAN EQUITY GROWTH FUNDS, STANDARD LIFE

INVESTMENTS LIMITED – STANDARD LIFE INTERNATIONAL CORPORATE MANAGED FUNDS, STANDARD LIFE INVESTMENTS LIMITED – STANDARD LIFE INTERNATIONAL CORPORATE GLOBAL ADVANTAGE FUNDS, STANDARD LIFE INVESTMENTS LIMITED – GLOBAL SELECTOR FUNDS, STANDARD LIFE INVESTMENTS LIMITED – S&P 500 FUNDS, STANDARD LIFE INVESTMENTS LIMITED – VICKERS GROUP PENSION SCHEME FUND, STANDARD LIFE INVESTMENTS LIMITED – GUIDE DOGS FOR THE BLIND FUNDS, STANDARD LIFE INVESTMENTS LIMITED – STANDARD LIFE INVESTMENTS SICAV – US EQUITIES FUNDS, STANDARD LIFE INVESTMENTS LIMITED – HOGG ROBINSON 1987 PENSION FUNDS, STANDARD LIFE MUTUAL FUNDS LTD. – CANADIAN GLOBAL EQUITIES FUNDS, STANDARD LIFE MUTUAL FUNDS LTD. – CANADIAN G7 EQUITIES FUNDS, STANDARD LIFE INVESTMENTS LIMITED – STANDARD LIFE INTERNATIONAL TRUST FUNDS, STANDARD LIFE INVESTMENTS LIMITED – STANDARD LIFE ASSURANCE COMPANY STAFF FUNDS and STANDARD LIFE INVESTMENTS LIMITED – NORTH AMERICAN TRUST FUNDS