UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
Clerk

USDC DISTRICT OF COLUMBIA

Date: 3/21/06

In Re: AOL

MDL    1500

Your Docket #                    S.D. OF N.Y.

1:06-238  $RWR$                 06-2176

Dear Sir:

        Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge    KRAM    for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

        Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By:
MDL Unit